

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JAIME SOTO, | § | No. 08-12-00194-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 205th District Court |
| GENERAL FOAM & PLASTICS | § | |
| CORPORATION, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 2007-3334) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and his sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 10TH DAY OF OCTOBER, 2014.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J. Not Participating